# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON 12/29/14

THIS RECORD WAS ORIGINALLY DUE ON 10/22/14

I AM REQUESTING 30 DAYS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/5/2015 11:02:32 AM
DEBBIE AUTREY
Clerk

THIS RECORD IS APPROXIMATELY 600 PAGES LONG

IS THIS APPEAL ACCELERATED? ___ YES  X  NO


**SIXTH COURT OF APPEALS CAUSE NO.  :**

**STYLE OF CASE:   Kevin Lynn Fahrniv. The State of Texas**

**TRIAL COURT:    5th District - Bowie County**

**TRIAL COURT CAUSE NO.:  10F0484-005**


I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s):

**My duties listed below preclude working on this record**:

| | |
|---|---|
| 06/16/14 | Bowie County criminal docket & civil docket |
| 06/17/14 | Bowie County civil docket |
| 06/20/14 | Bowie County civil docket |
| 06/23/14 | Cass County criminal docket |
| 06/24/14 | Cass County civil trial (13C081 Guinn vs. TXDOT) |
| 06/25/14 | Guinn vs. TXDOT |
| 06/26/14 | Guinn vs. TXDOT |
| 06/27/14 | Guinn vs. TXDOT and Cass County civil docket |
| 06/30/14 | Cass County criminal docket (a.m.)/Bowie County criminal docket (p.m.) |
| 07/02/14 | Bowie County civil docket and criminal docket |
| 07/08/14 | Cass County criminal docket |
| 07/11/14 | Bowie County criminal hearing |
| | Cass County civil docket |
| 07/14/14 | Bowie County criminal docket |
| 07/18/14 | Bowie County civil docket |
| 07/22/14 | Cass County criminal jury selection (2014F00087 State vs. Nathaniel Walker, Jr.) |
| | Cass County criminal docket (p.m.) |
| 07/23/14 | State vs. Walker |
| 07/25/14 | Cass County civil docket |
| 07/28/14 | Bowie County criminal docket |
| 07/29/14 | Bowie County civil docket |
| 07/30/14 | Bowie County civil docket and criminal docket |
| 07/30/14 | Cass County civil hearing |

| | |
|---|---|
| 08/04/14 | Cass County criminal docket |
| 08/07/14 | Cass County criminal docket |
| 08/08/14 | Cass County civil docket |
| 08/11/14 | Bowie County criminal docket & civil docket |
| 08/12/14 | Bowie County civil jury trial (09C1591-005 Thomas vs. Sanchez) |
| 08/13/14 | Thomas vs. Sanchez |
| 08/14/14 | Thomas vs. Sanchez |
| 08/15/14 | Thomas vs. Sanchez & civil docket |
| 08/18/14 | Cass County criminal docket |
| 08/19/14 | Cass County criminal jury trial (2011F00233 State vs. Robert Hawkins) |
| 08/25/14 | Bowie County criminal docket |
| 08/26/14 | Bowie County criminal jury trial (14F0004-005 State vs. Roderick Beham) |
| 08/27/14 | State vs. Beham |
| 08/28/14 | State vs. Beham |
| 08/29/14 | State vs. Beham & civil docket |
| 09/02/14 | Cass County criminal docket |
| 09/04/14 | Cass County civil docket |
| 09/05/14 | Cass County criminal docket & civil docket |
| 09/11/14 | Bowie County civil docket |
| 09/12/14 | Bowie County civil docket |
| 09/15/14 | Cass County criminal docket |
| 09/16/14 | Cass County civil docket |
| 09/19/14 | Cass County civil docket |
| 09/22/14 | Bowie County criminal docket |
| 09/23/14 | Bowie County criminal jury trial (10F0484-005 (State vs. Donald Ray Brown) |
| 09/24/14 | State vs. Brown |
| 09/25/14 | State vs. Brown |
| 09/26/14 | State vs. Brown & civil docket |
| 09/29/14 | Cass County criminal docket |
| 09/30/14 | Cass County criminal docket |
| 10/03/14 | Cass County civil docket |
| 10/06/14 | Bowie County criminal docket |
| 10/07/14 | Bowie County civil jury trial (11C1323-005 Sparks vs. Simpson) |
| 10/08/14 | Sparks vs. Simpson |
| 10/09/14 | Sparks vs. Simpson |
| 10/10/14 | Sparks vs. Simpson |
| 10/14/14 | Cass County criminal docket |
| 10/15/14 | Cass County civil docket |
| 10/17/14 | Bowie County (Sparks vs. Simpson) |
| 10/20/14 | Bowie County criminal docket |
| 10/21/14 | Bowie County criminal |
| 10/24/14 | Bowie County civil docket |
| | |
| 10/27/14 | Cass County criminal docket |
| 10/31/14 | Cass County civil docket & criminal docket |
| 11/03/14 | Bowie County criminal docket & civil docket |
| 11/04/14 | Bowie County civil docket |
| 11/05/14 | Bowie County civil docket |
| 11/10/14 | Court reporter training on equipment, Breaux Bridge, Louisiana |
| 11/11/14 | Court reporter training on equipment, Breaux Bridge, Louisiana |
| 11/12/14 | Cass County criminal proceeding |

| | |
|---|---|
| 11/14/14 | Cass County civil docket |
| 11/17/14 | Bowie County criminal docket |
| 11/18/14 | Bowie County criminal jury trial (State vs. James David Haynes, Jr.) |
| 11/19/14 | Bowie County criminal jury trial (Haynes) |
| 11/20/14 | Bowie County criminal jury trial (Haynes) |
| 11/21/14 | Bowie County criminal jury trial (Haynes) |
| 11/24/14 | Bowie County civil docket |
| 11/25/14 | Bowie County criminal docket (a.m.)/Cass County criminal docket (p.m.) |
| 12/01/14 | Cass County criminal docket |
| 12/02/14 | Cass County criminal docket |
| 12/05/14 | Cass County criminal docket |
| 12/08/14 | Bowie County criminal docket and civil docket |
| 12/12/14 | Bowie County civil docket and criminal docket |
| 12/15/14 | Cass County criminal docket |
| 12/16/14 | Cass County civil docket |
| 12/17/14 | Bowie County criminal docket and civil docket |

Production of Reporter's Records in other cases

State vs. Baughman
State vs. Hoskison
State vs. Jones

Personal

A trip to Nacogdoches became necessary the week of Christmas as my father-in-law needed admission to a nursing facility due to increasing confusion and disorientation caused by Altzheimer's. His wife was in the hospital for surgery and he was repeatedly getting lost and having to have the police find him. The arrangements were time consuming. I try not to let my personal life interfere with my job duties, but this was an unavoidable and unforeseeable occurrence.

In compliance with TEX. R. APP.P.9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that he information contained in this notice is true and within my personal knowledge.

1/4/15 _____ _____/S/ Leslie P. Bates_____
Date                                            Signature

903-733-0849_____        Leslie P. Bates_____
Office Phone Number                      Printed Name

lpbcsrccr@valornet.com_____        Official Court Reporter_____
E-mail address (if available)              Official Title

The following parties have been served with a copy of this document:

**Lead Counsel for Appellant(s):**          **Lead Counsel for Appellee(s):**

Name:        Alwin A. Smith                Name:        Samantha J. Oglesby

Address:     602 Pine Street              Address:     601 Main Street
             Texarkana, Texas 75501                    Texarkana, TX 75501

Phone No.:   903-792-1608                 Phone No.:   903-735-4800

Attorney for:  Kevin Lynn Fahrni          Attorney for:  State of Texas

FAX TO:  Molly Pate (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals, Texarkana, at

903798-3034

(to be followed by a printed version by mail)